**Order entered April 19, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00307-CV

### JOHN GOIN, Appellant

### V.

### HOPE CRUMP, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03801-D**

## ORDER

The parties' joint motion to cancel oral argument is **GRANTED**. There will be no oral argument and the case will be submitted on the briefs.

/s/ BILL WHITEHILL
   JUSTICE